## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 21-CV80942RS

Plaintiff:
**JOHN MORALES**

vs.

Defendant:
**FORT APACHE AUTOMOTIVE,INC.**


APO2021000463

For:
Alberto Leal
The Leal Law Firm P.A.
8927 Hypoluxo Road
Lake Worth, FL 22463

Received by Action Process & Investigations,LLC. on the 1st day of June, 2021 at 7:13 am to be served on **FORT APACHE AUTOMOTIVE,INC. BY SERVICE OF REGISTERED AGENT: JASON SANTIAGO, 3426 S. MILITARY TRAIL, LAKE WORTH, FL 33463**.

I, Cameron Jackson, do hereby affirm that on the **4th day of June, 2021** at **10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Alex Garth** as **Authorized Employee** for **FORT APACHE AUTOMOTIVE,INC. BY SERVICE OF REGISTERED AGENT: JASON SANTIAGO**, at the address of: **3426 S. MILITARY TRAIL, LAKE WORTH, FL 33463**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Hispanic, Height: 5'7", Weight: 190, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

**Cameron Jackson**
CPS#3018

Action Process & Investigations,LLC.
AGENCY LICENSE #A1800271
3604 36th Way
West Palm Beach, FL 33407
**(561) 899-3164**

Our Job Serial Number: APO-2021000463